A. G. Andreen, appellant, v. L. F. O'Brien, administrator with the will annexed of the estate of Frank Reavy, deceased, appellee. Gen. No. 8,335.

Opinion filed August 29, 1931.

Woolsey, Stickney & Lucas, for appellant. Marsh, Lewis & Thompson, Hardy, Hardy & Hardy and L. F. O'Brien, for appellee.

Mr. Presiding Justice Jones delivered the opinion of the court.